CHARLOTTE RUSSELL ET AL. *v.* HOWARD
RUSSELL, SR.

LEIGH R. SCHULTZ, EXECUTRIX (ESTATE OF G.
ALTON RUSSELL), ET AL. *v.* RUSSELL LINEN
SERVICE, INC., ET AL.

The plaintiffs' cross petition for certification for appeal from the Appellate Court, 91 Conn. App. 619 (AC 25497), is denied.

*Richard L. Albrecht, Barbara M. Schellenberg* and *Courtney A. George,* in support of the cross petition.

Decided November 29, 2005

LORICCO TOWERS CONDOMINIUM ASSOCIATION *v.*
EDMUND L. PANTANI

The defendant's petition for certification for appeal from the Appellate Court, 90 Conn. App. 43 (AC 24994), is denied.

*Max F. Brunswick,* in support of the petition.

Decided December 6, 2005

STATE OF CONNECTICUT *v.* DONALD PHILIP
BROWN

The defendant's petition for certification for appeal from the Appellate Court, 91 Conn. App. 875 (AC 25001), is denied.

*Sebastian O. DeSantis,* special public defender, in support of the petition.

Decided December 6, 2005